[pic]

 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH

 NOS. 02-14-00470-CR
 02-14-00471-CR

|Scotty Wayne Lytle | |APPELLANT |
| |
|V. |
|The State of Texas | |STATE |

 ----------
 FROM THE 396th District Court OF Tarrant COUNTY
 TRIAL COURT NO. 1338393D, 1356619D
 ------------
 MEMORANDUM OPINION[1] AND JUDGMENT
 ----------
 We have considered appellant’s “Motion To Dismiss Appeal.” The
motion complies with rule 42.2(a) of the rules of appellate procedure.
Tex. R. App. P. 42.2(a). No decision of this court having been delivered
before we received this motion, we grant the motion and dismiss the appeal.
 See Tex. R. App. P. 42.2(a), 43.2(f).
 PER CURIAM
PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: January 15, 2015
-----------------------
 [1]See Tex. R. App. P. 47.4.